# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>*De Gruy v. Davol, Inc. et al.*<br>Case No. 2:20-cv-5615 | |

## ORDER

On November 8, 2022, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4. (ECF No. 3.) On November 22, 2022, Defendants filed a notice that Plaintiff had not complied with the Court's order. (ECF No. 4.) Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 4) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. Defendants' original motion to dismiss (ECF No. 2) is **DENIED AS MOOT**.

IT IS SO ORDERED.


**2/21/2023**  
**DATE**

**s/Edmund A. Sargus, Jr.**  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**